# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Galal M Abdelkader                                          Case No. 18-14127-KHK
                                                                         (Chapter 13)
    Debtor

### ORDER FOR DEBTOR TO APPEAR AND
### SHOW CAUSE WHY CASE SHOULD NOT BE
### CONVERTED OR DISMISSED WITH PREJUDICE

To:    Galal M Abdelkader
       42848 Sidney Place
       Ashburn, VA 20148

The Debtor filed this case as a voluntary Chapter 11 case on December 10, 2018. This is the Debtor's seventh bankruptcy case filed in the Eastern District of Virginia since 2011, six cases filed under Chapter 13 and one under Chapter 7. All of the cases except the Chapter 7 case, Case No. 12-17019, have been dismissed. The Debtor's last case, Case No. 16-10005-BFK filed on January 2, 2016 was dismissed with prejudice for 180 days on March 21, 2016 after a hearing on the U.S. Trustee's Motion to Dismiss with Prejudice. The Court, therefore, will set this case for a hearing on why this case should not be converted or dismissed with prejudice. It is therefore

**ORDERED:**

1. This case is set for hearing on **Tuesday, January 17, 2019 at 11:00 am** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

1

      2. The Debtor shall appear and show cause, if any, why this case should not be conerted or dismissed with prejudice.

      3. The Clerk shall provide a copy of this order and electronic notice of its entry to the parties listed below.

Date: Dec 13 2018

/s/ Klinette Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Copy mailed to:

Entered on Docket: December 13, 2018

Galal M Abdelkader, *pro se Debtor*
42848 Sidney Place
Ashburn, VA 20148

Copy electronically to:

Thomas P. Gorman
John P. Fitzgerald, III