## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:                                              )
                                                    )
Galal M Abdelkader,                                 )     Case No. 18-14127-KHK
                                                    )     (Chapter 13)
Debtor.                                             )

### ORDER DISMISSING CASE WITH PREJUDICE

The Court held a hearing on January 17, 2019, on the Court's Order to Show Cause. (Docket No. 11). The *pro se* Debtor failed to appear for the hearing. For the reasons stated on the record at the hearing, it is

**ORDERED:**

1. This case is dismissed with prejudice to re-filing under any chapter of the Bankruptcy Code in this or any other court for a period of 180 days.

2. The Debtor is advised that he has 14 days within which to note an appeal of this Order.

3. The Clerk will mail a copy of this order or give electronic notice of its entry, to the parties listed below.

Date: Jan 25 2019

/s/ Klinette Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: January 25, 2019

**Copy mailed to:**

Galal M Abdelkader
42848 Sidney PL
Ashburn, VA 20148

**Copy electronically to:**

Thomas P. Gorman